**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICROSOFT CORPORATION,**

      **Plaintiff,**

-vs-                                            Case No. 6:06-cv-1406-Orl-31KRS

**NEIL WILSON, individually and d/b/a THE**
**WHOLESALE COMPUTER COMPANY**
**and d/b/a THE WHOLESALE**
**COMPUTER,**

      **Defendants.**

_____

## ORDER

This cause come before the Court on the Motion for Summary Judgment (Doc. 27) filed by the Plaintiff, Microsoft Corporation ("Microsoft"). On July 17, 2007, the Court entered an order requiring the Defendants to respond on or before August 16, 2007. (Doc. 30). As of this date, no response has been filed, and the motion is therefore considered unopposed. A review of the motion shows that it is facially meritorious and due to be granted. It is therefore

**ORDERED AND ADJUDGED** that the Motion for Summary Judgment (Doc. 27) filed by the Plaintiff, Microsoft Corporation, is **GRANTED**. By their unauthorized distribution of Microsoft's trademarks and service make in commerce and in connection with Microsoft Windows XP Profession and Office Professional Edition 2003 software, Defendants have infringed the following registered trademarks and service mark owned by Microsoft:

    (a)    1,200,236 ("Microsoft");

(b) 1,256,083 ("Microsoft");

(c) 1,872,264 ("Windows");

(d) 2,744,843 ("Flag Design");

(e) 1,475,795 ("PowerPoint");

(f) 1,741,086 ("Microsoft Access"); and

(g) 2,188,125 ("Outlook").

Defendants' actions have also infringed Microsoft's registered copyrights in the following works:

(a) "Windows XP Professional" (Copyright Registration No. TX 5-407-055);

(b) "Office Professional Edition 2003" (Copyright Registration No. TX 5-837-617);

(c) "Office Excel 2003" (Copyright Registration No. TX 5-837-636);

(d) "Office Outlook 2003" (Copyright Registration No. TX 5-900-087);

(e) "Office PowerPoint 2003" (Copyright Registration No. TX 5-852-649);

(f) "Office Word 2003" (Copyright Registration No. TX 5-900-088);

(g) "Publisher 2003" (Copyright Registration No. TX 5-837-518);

(h) "Business Contact Manager for Outlook 2003" (Copyright Registration No. TX 5-877-513);

(I) "Access 2003" (Copyright Registration No. TX 5-901-713).

Defendant's use of Microsoft's marks has resulted in the placement in commerce of infringing items that are strikingly similar to genuine Microsoft, or Microsoft-licensed, programs that are or were likely to cause confusion, mistake or deception in the market as to the source of those items.

Defendants' distributions of infringing Microsoft software constitutes violations of federal law, 15 U.S.C. § 1125 *et seq.*, and Florida common law unfair competition.

Defendant Neil Willson personally participated in the infringing conduct. He is personally liable under the federal copyright and trademark laws for infringement of Microsoft's intellectual property rights. 17 U.S.C. § 101 *et seq.*; 15 U.S.C. § 1051 *et seq.*

The likelihood of confusion that existed in this instance by virtue of Defendants' distribution of infringing copies of Microsoft software in interstate commerce is an appropriate predicate upon which to base permanent injunctive relief against the unauthorized reproduction, replication and/or distribution by Defendants of any unauthorized, illegal, infringing, and/or counterfeit Microsoft items.

Microsoft is awarded $90,000 in statutory damages against Defendants, jointly and severally, under the Copyright Act.[1]

Microsoft is awarded $120,000 in statutory damages against Defendants, jointly and severally, under the Lanham Act.[2]

The Clerk is, therefore, **DIRECTED** to enter judgment on behalf of Plaintiff and against Defendants, jointly and severally, in the total amount of $210,000.

---

[1] 17 U.S.C. § 504(c) gives the Court discretion to award statutory damages of up to $150,000 per instance of infringement. Rather than the $30,000 per copyright sought by the Plaintiff, the Court opts to award $10,000, for a total of $90,000.

[2] 15 U.S.C. § 1117(c) gives the Court discretion, in cases involving the use of a counterfeit mark, to award up to $1,000,000 per counterfeit mark. Rather than the $100,000 per mark sought by the Plaintiff, the Court opts to award $20,000, for a total of $120,000.

Microsoft shall be awarded attorneys' fees and costs in an amount to be determined upon submission by Microsoft.

And it is further **ORDERED** that Defendants Neil Willson, an individual, Neil Willson d/b/a The Wholesale Computer Company, and Neil Willson d/b/a The Wholesale Computer (collectively, "Defendants"), along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificates of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service mark, including but not limited to the following Trademark and/or Service Mark Registration Numbers:

(1) 1,200,236 ("Microsoft");

(2) 1,256,083 ("Microsoft");

(3) 1,872,264 ("Windows");

(4) 2,744,843 ("Flag Design");

(5) 1,475,795 ("PowerPoint");

(6) 1,741,086 ("Microsoft Access"); and

(7) 2,188,125 ("Outlook");

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) TX 5-407-055 ("Windows XP Professional");

(2) TX 5-837-617 ("Office Professional Edition 2003");

(3) TX 5-837-636 ("Office Excel 2003");

(4) TX 5-900-087 ("Office Outlook 2003");

(5) TX 5-852-649 ("Office PowerPoint 2003");

(6) TX 5-900-088 ("Office Word 2003");

(7) TX 5-837-518 ("Publisher 2003");

(8) TX 5-877-513 ("Business Contact Manager for Outlook 2003"); and

(9) TX 5-901-713 ("Access 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including but not limited to the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos., listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised,

promoted, displayed, licensed, sponsored, approved, or authorized by of for Microsoft, when such is not true in fact;

    (e)    using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

    (f)    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

    (g)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 21, 2007.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party