**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICROSOFT CORPORATION,**

        **Plaintiff,**

-vs-                                              Case No. 6:06-cv-1406-Orl-31KRS

**NEIL WILSON, individually and d/b/a THE WHOLESALE COMPUTER COMPANY and d/b/a THE WHOLESALE COMPUTER,**

        **Defendants.**

## ORDER

       This matter comes before the Court on the Request for Entry of Attorneys' Fees and Costs (Doc. 34) filed by the Plaintiff, Microsoft Corporation ("Microsoft"). The motion was filed September 5, 2007, but the Defendants (who also failed to oppose Microsoft's summary judgment motion) have not filed a response. In its order granting summary judgment to Microsoft on its claims of copyright and trademark infringement, the Court determined that the Plaintiff was entitled to recover attorneys' fees and costs upon its submission of supporting documentation. (Doc. 31 at 4). Judgment was entered against the Defendants on August 23, 2007 in the amount of $210,000. (Doc. 33 at 1).

       Microsoft seeks to recover $32,308.61 in attorneys' fees and $1,467.07 in costs. After reviewing the invoices submitted by Microsoft, the Court concludes that the cost figure is reasonable, but the amount of attorneys' fees sought is excessive. The Court finds that $25,000 would be an appropriate fee for this matter. In consideration of the foregoing, it is hereby

**ORDERED** that the Request for Entry of Attorneys' Fees and Costs (Doc. 34) filed by the Plaintiff, Microsoft Corporation, is **GRANTED IN PART**, in the total amount of $26,467.07. The Clerk is **DIRECTED** to enter an amended judgment on behalf of Plaintiff and against Defendants, jointly and severally, in the total amount of $236,467.07.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 28, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party